**In re Todd Jerome BAILEY, Relator.**

No. 14–03–00509–CV.

Court of Appeals of Texas, Houston (14th Dist.).

May 8, 2003.

Gladys R. Goffney, Houston, for relator.

Patsy Young, Houston, for respondent.

Panel consists of Justices ANDERSON, SEYMORE, and GUZMAN.

## OPINION

PER CURIAM.

On May 5, 2003, relator, Todd Jerome Bailey, filed a petition for writ of habeas corpus. *See* TEX. GOV'T CODE ANN. § 22.221(d) (Vernon Supp.2000).

We deny relator's petition for writ of habeas corpus. *See* TEX.R.APP. P. 52.3.